**LAPLANTE, SPINELLI & DONALD**
*a professional corporation*
815 S Street, Second Floor
Sacramento, California 95814
TELEPHONE (916) 448-7888 - FACSIMILE (916) 448-6888

**Domenic D. Spinelli, Esq. (State Bar No. 131192)**

ATTORNEYS FOR DEFENDANT
GREG MOODY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE PRICE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREG MOODY,<br><br>　　　　Defendant.<br>_____/ | Case No.   2:05-CV-01127-DFL-KJM<br><br>**STIPULATION AND ORDER AMENDING THE STATUS (PRE-TRIAL SCHEDULING) ORDER DATED AUGUST 22, 2005** |

As a result of the pending motion for summary judgment and the upcoming date for disclosure of expert witnesses, the parties, through their counsel of record, hereby stipulate and request the court to order an amendment to the Status (Pre-Trial Scheduling) Order as follows:

**Discovery:**    All discovery shall be completed by August 18, 2006.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order, if necessary, and, where discovery has been ordered, the order has been complied with.

**Disclosure of Expert Witnesses:**    The parties shall make expert witness disclosure under Federal Rule of Civil Procedure 26(a)(2) by June 20, 2006.  Supplemental disclosure and disclosure of any rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(c) shall be made by June 30, 2006.

Failure of a party to comply with the disclosure schedule as set forth above in all likelihood will preclude that party from calling the expert witness at the time of trial absent a showing that the necessity

1 for the witness could not have been reasonably anticipated at the time the disclosures were ordered and that
2 the failure to make timely disclosure did not prejudice any other party. See Fed. R. Civ. P. 37(c).
3      All experts designated are to be fully prepared at the time of designation to render an informed
4 opinion, and give their reasons therefore, so that they will be able to give full and complete testimony at
5 any deposition taken by the opposing parties. Experts will not be permitted to testify at the trial as to any
6 information gathered or evaluated, or opinion formed, after deposition taken subsequent to designation.
7      All remaining dates and requirements set forth in the August 27, 2005 Status (Pre-Trial Scheduling)
8 Order remain in full force and effect.

9 DATED: May 24, 2006      **LAPLANTE SPINELLI & DONALD**

10                     /s/ Domenic D. Spinelli

11                     By:_____
12                         **DOMENIC D. SPINELLI**
                        Attorneys for Defendant GREG MOODY

13
                    /s/ Ronald H. Wecht
14
Dated: May _24_, 2006       By: _____
15                       RONALD H. WECHT,
                      Attorneys for Plaintiff, DEIRDRE PRICE
16

17
                          **ORDER**
18
     The Court hereby orders the amendment to the Status (Pre-Trial Scheduling) Order
19
as stipulated to above. The amendment are effective immediately. All other aspects of the original
20
Status (Pre-Trial Scheduling) Order remain in full force and effect.
21
Dated: 5/30/2006
22

23

24                     _____
                    DAVID F. LEVI
25                     United States District Judge

26

27

28